UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

AMY E. GERBERS,              )
                           )
      Plaintiff,          )
                           )
v.                       )     CIVIL NO. 1:21cv17
                           )
KILOLO KIJAKAZI, Acting      )
Commissioner of Social Security,   )
                           )
      Defendant.      )

OPINION AND ORDER

On January 14, 2021, Plaintiff, represented by Forbes Rodman, PC, filed her Complaint to Review Decision of Commissioner of Social Security Administration. On June 7, 2021, this Court granted Forbes' and Rodman's motions to withdraw. Plaintiff was ordered by the Court to engage substitute counsel by July 20, 2021, or seek a continuance to do so.   Plaintiff has not secured new counsel nor has she requested a continuance.

On July 20, 2021, the Commissioner answered Plaintiff's Complaint by filing the Social Security Administrative Record.  Plaintiff, who is still unrepresented, has not filed an opening brief in this matter.

As the time has run for the opening brief to be filed, and Plaintiff has failed to file a brief or to engage counsel to file a brief on her behalf, this action is hereby DISMISSED.

Entered: October 25, 2021.

s/ William C.  Lee
William C. Lee, Judge
United States District Court